The Honorable Richard A. Jones
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AWET HAILE NERAYO,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, et. al.,<br><br>Respondents. | No. C19-1540-RAJ-MLP<br><br>JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR: Today |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on September 26, 2019, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on October 29, 2019, Petitioner was released from custody on an order of supervision. *See* Dkt. No. 7, Exhibit A.

WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

JOINT STIPULATION AND ORDER CONSENTING
TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION- 1
(C19-1540-RAJ-MLP)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 12th day of December, 2019.

BRIAN T. MORAN
United States Attorney


/s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail  kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER CONSENTING
TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-2
(C19-1540-RAJ-MLP)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

SO STIPULATED.

DATED this 12th day of December, 2019.

 /s Gregory Murphy
GREGORY MURPHY, WSBA #
Assistant Federal Public Defender
1331 Broadway #400
Tacoma, Washington 98402
(253) 593-6710
Attorney for Petitioner

## ORDER

IT IS SO ORDERED.

DATED this 13th day of December, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

JOINT STIPULATION AND ORDER CONSENTING
TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-3
(C19-1540-RAJ-MLP)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Gregory Murphy         Email: Gregory_Murphy@fd.Org

I further certify that on December 12, 2019, I mailed via the United States Postal Service, first class postage prepaid, the foregoing document to the following non-CM/ECF participant(s), addressed as follows:

-0-

Dated this 12th day of December, 2019.

*s/ Melissa Eldredge*
Melissa Eldredge, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7699
Fax:     206-553-4067
E-mail: melissa.eldredge@usdoj.gov

JOINT STIPULATION AND ORDER CONSENTING
TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-4
(C19-1540-RAJ-MLP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970